## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Farmer, Lashando

Printed: 1/15/08

Case Number: 05 B 30945

Judge: Hollis, Pamela S

Filed: 8/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 3, 2007

Confirmed: October 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,085.00 |  |
| Secured: |  | 975.64 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,944.00 |
| Trustee Fee: |  | 165.36 |
| Other Funds: |  | 0.00 |
| Totals: | 3,085.00 | 3,085.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richardson Stasko Boyd & Mack LLC | Administrative | 1,944.00 | 1,944.00 |
| 2. | Affiliated Financial Corpotation | Secured | 11,603.82 | 975.64 |
| 3. | ECast Settlement Corp | Unsecured | 46.59 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 49.80 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 46.80 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 86.00 | 0.00 |
| 7. | One Stop Auto | Secured |  | No Claim Filed |
| 8. | One Stop Auto | Unsecured |  | No Claim Filed |
| 9. | Check N Go | Unsecured |  | No Claim Filed |
| 10. | Washington Mutual Finance | Unsecured |  | No Claim Filed |
| 11. | SBC | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,777.01 | $ 2,919.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 110.55 |
| 4.8% | 25.92 |
| 5.4% | 28.89 |
| | _____ |
| | $ 165.36 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Farmer, Lashando

Printed:  1/15/08

Case Number:  05 B 30945

Judge:  Hollis, Pamela S

Filed:  8/8/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

